UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-09565, 18-cv-09570, 18-cv-09587, 18-cv-09588, 18-cv-09589, 18-cv-09590, 18-cv-09650, 18-cv-09665 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO:  The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that Markus Stadler is no longer associated with the law firm Hughes Hubbard & Reed LLP, counsel for Plaintiff Skatteforvaltningen in the actions referenced above, and should be removed from the official docket of this Multi-district Litigation and the specific actions referenced above.  Jared L. Hubbard, counsel with the law firm Fitch Law Partners LLP, will continue to serve as Massachusetts counsel for Plaintiff Skatteforvaltningen in the actions referenced above.  All future correspondence and papers in this action should continue to be directed to Jared L. Hubbard and the undersigned.

*[Remainder of page intentionally left blank]*

2

Dated: New York, New York
July 1, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Sarah L. Cave
William R. Maguire
Marc A. Weinstein
Sarah L. Cave
John T. McGoey
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Sarah.cave@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*