**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK (SKAT) TAX
REFUND LITIGATION                                    18-MD-2865 (LAK)

This document relates to: 18-cv-07824 (LAK)          ECF Case
                         18-cv-07827 (LAK)
                         18-cv-07828 (LAK)
                         18-cv-07829 (LAK)
                         18-cv-09565 (LAK)
                         18-cv-09570 (LAK)
                         18-cv-09587 (LAK)
                         18-cv-09588 (LAK)
                         18-cv-09589 (LAK)
                         18-cv-09590 (LAK)
                         18-cv-09650 (LAK)
                         18-cv-09665 (LAK)
                         18-cv-09666 (LAK)
                         18-cv-09668 (LAK)
                         18-cv-09669 (LAK)
                         18-cv-10028 (LAK)
                         18-cv-10030 (LAK)
                         18-cv-10031 (LAK)
                         18-cv-10032 (LAK)
                         18-cv-10035 (LAK)
                         18-cv-10036 (LAK)
                         18-cv-10039 (LAK)
                         18-cv-10049 (LAK)
                         18-cv-10060 (LAK)
                         18-cv-10061 (LAK)
                         18-cv-10062 (LAK)
                         18-cv-10063 (LAK)
                         18-cv-10064 (LAK)
                         18-cv-10065 (LAK)
                         18-cv-10066 (LAK)
                         18-cv-10067 (LAK)
                         18-cv-10069 (LAK)
                         18-cv-10070 (LAK)
                         18-cv-10071 (LAK)
                         18-cv-10073 (LAK)
                         18-cv-10074 (LAK)

DOC# 3153451.v1-7/11/19

18-cv-10076 (LAK)
18-cv-10077 (LAK)
18-cv-10080 (LAK)
18-cv-10082 (LAK)
18-cv-10083 (LAK)
18-cv-10086 (LAK)
18-cv-10091 (LAK)
18-cv-10092 (LAK)
18-cv-10093 (LAK)
18-cv-10094 (LAK)
18-cv-10095 (LAK)
18-cv-10096 (LAK)
18-cv-10098 (LAK)
18-cv-10099 (LAK)
18-cv-10118 (LAK)
18-cv-10119 (LAK)
18-cv-10122 (LAK)
18-cv-10123 (LAK)
18-cv-10124 (LAK)
18-cv-10125 (LAK)
18-cv-10126 (LAK)
18-cv-10127 (LAK)
18-cv-10129 (LAK)
18-cv-10133 (LAK)
18-cv-10134 (LAK)
18-cv-10135 (LAK)
18-cv-10136 (LAK)
18-cv-10137 (LAK)

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINTS

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the time within which Defendants in the cases enumerated in the caption may answer to the Complaints is hereby extended up to and including July 19, 2019.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses.

This is the parties' first request for extension of time to answer to the Complaints for the enumerated cases.

Dated: New York, New York

      July 11, 2019

 s/ Mark D. Allison                                  s/ Sarah L. Cave         *(e-signed with consent)*

Mark D. Allison                                      Sarah L. Cave
Zhanna A. Ziering                                Marc A. Weinstein
CAPLIN & DRYSDALE, CHARTERED      William R. Maguire
600 Lexington Ave., 21st Floor             HUGHES HUBBARD & REED LLP
New York, NY 10022                       One Battery Park Plaza
Tel: (212) 379-6000                      New York, New York 10004-1482
mallison@capdale.com                   Telephone: (212) 837-6000
zziering@capdale.com                   sarah.cave@hugheshubbard.com
                                          marc.weinstein@hugheshubbard.com
*Attorneys for Defendants*            bill.maquire@hugheshubbard.com
                                          *Attorneys for Plaintiff*

                                        SO ORDERED:

                                      _____

                                        Hon. Lewis A. Kaplan
                                        United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 11, 2019, true and correct copies of the Stipulation and

Proposed Order Extending Time to Respond to the Complaints were served by CM/ECF on the

Plaintiff's attorneys identified below.

Sarah L. Cave
Marc A. Weinstein
William R. Maguire
John T. McGoey
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
sarah.cave@hugheshubbard.com
marc.weinstein@hugheshubbard.com
bill.maquire@hugheshubbard.com
john.mcgoey@hugheshubbard.com
*Attorneys for Plaintiff*


                                        s/ Mark D. Allison

                                        Mark D. Allison
                                        CAPLIN & DRYSDALE, CHARTERED
                                        600 Lexington Ave., 21st Floor
                                        New York, NY 10022
                                        (212) 379-6000
                                        mallison@capdale.com