**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: All Cases

MASTER DOCKET

18-md-2865 (LAK)

### STIPULATION AND [~~PROPOSED~~] ORDER
### EXTENDING TIME TO RESPOND TO LETTER MOTION FOR PROTECTIVE
### ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties that the current November 30, 2021 deadline for defendants to respond to the letter

motion for protective order dated November 24, 2021 ("Letter Motion") (ECF No. 679) is hereby

extended for one (1) day up to and including December 1, 2021.

This is the defendants' first request to modify the time to respond to the Letter Motion.

Dated: New York, New York
       November 24, 2021

By:    /s/ Sharon L. McCarthy
       Sharon L. McCarthy
       KOSTELANETZ & FINK LLP
       7 World Trade Center
       New York, NY 10007
       Telephone: (212) 808-8100
       smccarthy@kflaw.com

*Lead Counsel for Defendants*

SO ORDERED

LEWIS A. KAPLAN, USDJ

By:    /s/ Marc A. Weinstein
       (*e-signed with consent*)
       Marc A. Weinstein
       HUGHES HUBBARD & REED LLP
       One Battery Park Plaza
       New York, NY 10004
       Telephone: (212) 837-6000
       Fax: (212) 422-4726
       marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*